00689-2021

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 29 2022 ★
BROOKLYN OFFICE

RECEIVED
APR 29 2022
PRO SE OFFICE

22CV.1736

Dear Clerk:

Mr. Unger is engaged in legal malpractice, he is undermining me and allowing me to languish in Rikers Island; in order to force me to plead guilty to what I do not know. Rikers staff advised me that I am remanded for stalking. The charge is a misdemeanor and bail ineligible. I do not have to remind you of my age and the Covid pandemic. It seems to me that my remand is excessive and cruel.

My remand stems from Mr. Unger misinforming me not to come to Court on a particular day, he told me to stay home and care for my sick mother and wait to hear from him in a few days. The next day he advised me of a bench warrant.

Mr. Unger is also withholding quite a bit of information such as discovery that the Nassau County District Attorney fears that I will post on social media should I get it.

I also learned that the corroborating witness, who is also the lead detective is under investigation for sexual harrassment for hugging me and kissing me while I was in his custody, in cuffs and in the back seat of his vehicle while in route to Court on May 28th, 2021.

I was not allowed to impeach detective Michael McNellis, nor did he face me during indictment proceedings since I was unrepresented, not informed or produced.

① There is no felony complaint describing a felonious hate crime with the misdemeanors listed as lesser included offenses in the indictment.

② The state star witness/prosecutor Shawn Clark, presented three duplitous misdemeanor charges for aggrivated harrassment and stalking 3rd also a misdemeanor as hate crimes to a grand jury.

3) The people announced readiness for trial last year. I do not see how I am lawfully remanded and a trial can be had when the lead detective hugged and kissed me when I was in his custody to which I did not consent to and no excludable time is charged to me. See People v. Darirro 173 Misc. 2d 40.

4) On 3.18.22 the court ordered the people to show cause.

5) On 3-24-22, the Queen's detectives from the District Attorney's Office, broke in my door, took me into custody and I was remanded.

Mr. Unger will not visit me and threatens me. I will not plead under compulsory conditions. I have no idea what the issues for trial are.

Regina Lewis

Regina Lewis
19-19 Hazen St.
E. Elmhurst, NY 11370

U.S. District Court
225 Cadman Plaza E.
Brooklyn, NY 11201