Dear Clerk:

4-20-22

22 CV.1736

I am in custody beyond 72 hours, in violation of CPL 510.50(2) and 530.60(2)(5). The Queens County detective Conde broke into my apartment on March 24, 2022 without a valid bench or search warrant. No attorney was there for my remand. I have had no bail hearing or legal visit of any kind since 3-24-22. I am being lynched in violation of the new anti-lynching law that president Biden just signed. In totality the deprivation of my liberty interest triggers the protection of the 14th Amendment. See Duchesne v. Sugarman, 566 F.2d 817. Not to mention that the lead detective/corroborating witness, Michael McNellis, sexually harrassed me when he took me into what I consider without authority or jurisdiction.



Regna Lewis


RECEIVED
MAY 06 2022
PRO SE OFFICE

NEW YORK NY 100
3 MAY 2022 PM 6PL

Regina Lewis
19-19 Hazen St.
E. Elmhurst, NY 11370

U.S. District Court
225 Cadman Plaza E.
Brooklyn, NY 11201